UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH CRAWFORD,

        Plaintiff,                                      Hon. Richard Alan Enslen

v.                                             Case No. 1:08-cv-00123

WOODY L. KING LLC,

        Defendant.

_____/

**REPORT AND RECOMMENDATION**

Plaintiff has initiated the present action against Woody L. King LLC (Dkt. 1). The Court

has granted Plaintiff's motion to proceed as a pauper in this matter (Dkt. 3). Having granted Plaintiff's

motion to proceed as a pauper, the Court has conducted an initial review of the complaint pursuant to

28 U.S.C. § 1915(e)(2) to determine whether it is frivolous, malicious, or fails to state a claim upon

which relief can be granted. Having conducted this initial review, the Court concludes that Plaintiff's

complaint must be dismissed for failure to state a claim upon which relief may be granted.

Pursuant to Federal Rule of Civil Procedure 12(b)(6), a claim may be dismissed for

failure to state a claim upon which relief may be granted where, even accepting as true Plaintiff's

allegations and construing the complaint liberally in his favor, it appears "beyond doubt that the plaintiff

can prove no set of facts in support of his claim which would entitle him to relief." *Herron v. Harrison*,

203 F.3d 410, 414 (6th Cir. 2000) (quoting *Estelle v. Gamble*, 429 U.S. 97, 106 (1976)). The Complaint

asserts no facts which, if proven, would entitle Plaintiff to relief under any theory.  Accordingly, the

undersigned recommends that this action be dismissed.


                                        Respectfully Submitted,


Date:  February 7, 2008                  /s/ Ellen S. Carmody
                                        ELLEN S. CARMODY
                                        United States Magistrate Judge


        OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court
within ten (10) days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file
objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn*,
474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).