UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH CRAWFORD,

      Plaintiff,                                               Case No.1:08-CV-123

v.                                                                   Hon. Richard Alan Enslen

WOODY L. KING LLC,

      Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation filed February 11, 2008 by United States Magistrate Judge Ellen S. Carmody.  The Report and Recommendation was duly served on the parties.  Plaintiff requested and was granted two extensions to file objections to the Report and Recommendation.  Objections were due no later than April 11, 2008.  No objections have been timely filed.

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of Magistrate Judge Ellen S. Carmody, filed February 7, 2008, (Dkt. No. 4) is **APPROVED** and **ADOPTED** as the opinion of the Court.

       **IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted.

Dated in Kalamazoo, MI:                                       /s/Richard Alan Enslen
April 21, 2008                                                   Richard Alan Enslen
                                                                 Senior United States District Judge

Case 1:08-cv-00123-RAE   ECF No. 10 filed 04/21/08   PageID.18   Page 2 of 2